**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

IN RE:

SHARON MCCREARY
SSAN:  XXX-XX-3293

Case No. 13-32632-DHW
Chapter 13

Debtor(s)

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s)' plan as filed. As grounds for said objection, the Trustee states as follows:

1.  The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on  October 03, 2013.

2.  The debtor(s) §341 Meeting of Creditors was held  November 12, 2013.

(**X**) The plan is a composition plan and does not provide for the complete applicable commitment period as required by law.

(**X**) The Debtor(s) was to amend the Plan to provide a "POT"  of $18,318.00.

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtors' plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this April 25, 2016.

Office of the Chapter 13 Trustee
P. O. Box 173
Montgomery, AL  36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: hayest@ch13mdal.com

Curtis C. Reding
Chapter 13 Trustee


By:/s/ *Tina J. Hayes*

Tina J. Hayes

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served copies of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this  April 25, 2016.

Copy to: DEBTOR(S)
        RICHARD D SHINBAUM

/s/ *Tina J. Hayes*
Tina J. Hayes