# UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

In re                                                 Case No. 13–32632
                                                             Chapter 13

Sharon McCreary

     Debtor

## ORDER SUSTAINING OBJECTION TO CLAIM(S)

     An objection was filed to the claim(s) of *Wells Fargo Bank NA (Claim #19)*. Either a response consenting to the objection was filed or no response has been filed within 30 days of the filing of the objection. Pursuant to LBR 3007–1, it is

     **ORDERED** that the objection is **SUSTAINED** and the requested disposition allowed.

Done this 31st day of May, 2016.

                                                                         /s/ Dwight A. Williams, Jr.
                                                                        Dwight H. Williams Jr.
                                                                        United States Bankruptcy Judge