UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  
Sharon McCreary,

    Debtor.

Case No. 13−32632  
Chapter 13

# ORDER

This case is before the court on the following matter:

*81* − Rule 9007 Motion/Notice/Objection: Motion to Modify Plan Post Confirmation For Lawsuit Proceeds filed by Sabrina L. McKinney on behalf of Sabrina L. McKinney. Responses due by 07/13/2017. (McKinney, Sabrina)

It appears that notice has been given pursuant to LBR 9007−1 and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion/objection is **GRANTED** according to the terms stated.

Dated July 14, 2017

Dwight H. Williams Jr.  
United States Bankruptcy Judge