IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:

SHARON MCCREARY,

    Debtor(s).

CHAPTER 13 CASE
NO. 13-32632-DHW

**PURSUANT TO LBR 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF SERVICE. RESPONSES MUST BE FILED WITH THE CLERK AND SERVED UPON THE MOVING PARTY. RESPONSES MUST BE FILED ELECTRONICALLY WITH THE CLERK OR BY US MAIL ADDRESSED TO THE CLERK OF THE BANKRUPTCY COURT, ONE CHURCH ST, MONTGOMERY, ALABAMA 36104.**

This pleading is being filed and noticed pursuant to M.D. AL L.B.R. 9007-1 procedures for:
Approve Compromise or Settlement pursuant to 9019(a)

## MOTION TO APPROVE SETTLEMENT

COMES NOW, Scott M. DeZouche and moves this Honorable Court to approve the settlement of the debtor(s) personal injury lawsuit, and as grounds for said motion, states as follows:

The law firm of Morris Bart & Associates and Scott M. DeZouche were employed by debtor on to represent him in a personal injury claim against Thomas Fries, Jr. A settlement has been reached in this matter in the amount of $15,000.00.

WHEREFORE, PREMISES CONSIDERED, Scott M. DeZouche moves this Honorable Court to approve debtor's personal injury settlement so that Scott M. DeZouche may release the proceeds to the Trustee for the benefit of the debtor's unsecured creditors. The Undersigned will file a separate Application for Approval of Fees and Reimbursement of expenses.

Respectfully submitted this 18th day of July, 2017.

                        By:   /s/ Scott M. DeZouche
                                Scott M. Dezouche
                                ASB-8944-Q17-Z

MORRIS BART & ASSOCIATES
420 20th Street North, Suite 2750
Birmingham, Alabama 35203
Phone: (205) 263-3160
Fax: 205-263-3152
Email: sdezouche@morrisbart.com

### CERTIFICATE OF SERVICE

    I, Scott M. DeZouche, certify that I have served a copy of the foregoing on the parties listed below by either electronic mail or by placing same in the United States Mail, postage prepaid and properly addressed, this 18th day of July, 2017.

Sabrina L. McKinney
Chapter 13 Trustee

Teresa R. Jacobs
Bankruptcy Administrator

cc:    All Creditors
        All Creditors' Attorneys

                                          /s/ Scott M. DeZouche
                                          Of Counsel