UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                        Case No. 13–32632
                                                             Chapter 13
Sharon McCreary,

    Debtor.

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

on January 8, 2018 at 09:00 AM

to consider and act upon the following:

*113* – Objection to Claim # 6 (KHEAA), Reason: Other filed by Richard D. Shinbaum on behalf of Sharon McCreary. Responses due by 12/20/2017. (Attachments: # 1 Exhibit)(Shinbaum, Richard)

*114* – Objection to Claim # 7 (KHEAA), Reason: Other filed by Richard D. Shinbaum on behalf of Sharon McCreary. Responses due by 12/20/2017. (Attachments: # 1 Exhibit)(Shinbaum, Richard)

*115* – Objection to Claim # 8 (Sallie Mae Inc. on behalf of TGSLC), Reason: Other filed by Richard D. Shinbaum on behalf of Sharon McCreary. Responses due by 12/20/2017. (Attachments: # 1 Exhibit)(Shinbaum, Richard)

*116* – Objection to Claim # 10 (US Dept of Education), Reason: Other filed by Richard D. Shinbaum on behalf of Sharon McCreary. Responses due by 12/20/2017. (Attachments: # 1 Exhibit)(Shinbaum, Richard)

*117* – Objection to Claim # 11 (US Dept of Education), Reason: Other filed by Richard D. Shinbaum on behalf of Sharon McCreary. Responses due by 12/20/2017. (Attachments: # 1 Exhibit)(Shinbaum, Richard)

*118* – Objection to Claim # 12 (US Dept of Education), Reason: Other filed by Richard D. Shinbaum on behalf of Sharon McCreary. Responses due by 12/20/2017. (Attachments: # 1 Exhibit)(Shinbaum, Richard)

*119* – Objection to Claim # 13 (US Dept of Education), Reason: Other filed by Richard D. Shinbaum on behalf of Sharon McCreary. Responses due by 12/20/2017. (Attachments: # 1 Exhibit)(Shinbaum, Richard)

Dated November 20, 2017

*[signature: Juan-Carl Guerro]*

Juan–Carlos Guerrero
Clerk of Court